### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCKWELL AUTOMATION, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1238-GBW-JLH |
| | ) |
| PARCOP S.R.L. d/b/a WIAUTOMATION, | ) |
| | ) |
| Defendant. | ) |

### **NOTICE OF APPEAL**

Notice is hereby given that Parcop S.R.L. d/b/a WiAutomation ("WiAutomation"), the Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Jury's July 31, 2023 Verdict (D.I. 338) and this Court's: (i) Final Judgment dated June 18, 2024 entering final judgment in favor of plaintiff Rockwell Automation, Inc., and against WiAutomation (D.I. 369); (ii) Permanent Injunction Order dated June 18, 2024 (D.I. 368); (iii) Memorandum Opinion concerning the parties' post-trial motions dated June 4, 2024 (D.I. 365); (iv) Memorandum Order denying WiAutomation's Motion for Summary Judgment dated July 12, 2023 (D.I. 304); (v) Order concerning WiAutomation's Motions *in Limine* dated July 13, 2023 (D.I. 306); and (vi) Order concerning foreign evidence dated July 18, 203 (D.I. 312).

Dated: July 8, 2024

*Of Counsel*:

Bob Kasolas
Eric J. Boden
BRACH EICHLER, LLC
101 Eisenhower Parkway
Roseland, NJ 07068
(973) 403-3139
bkasolas@bracheichler.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Alexis N. Stombaugh*
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600

| | |
|---|---|
| eboden@bracheichler.com | pkraman@ycst.com<br>astombaugh@ycst.com<br>jsiew@ycst.com |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 8, 2024, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY E-MAIL**

Dominick T. Gattuso
HEYMAN ENERIO GATTUSO
& HIRZEL LLP
300 Delaware Ave., Suite 200
Wilmington, DE 19801
dgattuso@hegh.law

John W. Shaw
Andrew E. Russell
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
jshaw@shawkeller.com
arussell@shawkeller.com
skRockwell@shawkeller.com

Matthew M. Welch
ALSTON & BIRD LLP
One South at The Plaza
101 South Tryon Street
Suite 4000
Charlotte, NC 28280
matt.welch@alston.com

Neal J. McLaughlin
Paul Tanck
Christopher L. McArdle
Andrew J. Ligotti
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
neal.mclaughlin@alston.com
paul.tanck@alston.com
chris.mcardle@alston.com
andy.ligotti@alston.com

Joshua M. Weeks
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
joshua.weeks@alston.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Alexis N. Stombaugh*
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com
*Attorneys for Defendant*